# UNITED STATES DISTRICT COURT
Southern     District     of     Indiana

| UNITED STATES OF AMERICA | JUDGMENT IN A VIOLATION HEARING |
| --- | --- |
| v. | *Modification of Supervision Only* |
| | *(For Offenses Committed On or After November 1, 1987)* |
| MAURICE NICHOLSON | Case Number: 3:08CR00013-012 |
| | Defendant's Attorney: Jake Warrum |

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

X   was adjudged guilty of Violation Number(s)   1 and 2

and special condition(s) _____

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| **Violation Number** | **Nature of Violation** | **Date(s)** |
| --- | --- | --- |
| 1 | Unlawful Drug Use | 12/19/2014 |

The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C.§ 3563(c) or 3583(e).

[ ] The defendant has been found not guilty of violation of condition(s) _____
and special condition(s) _____

[ ] Charge(s) _____ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.: 3203

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Evansville, Indiana

April 20, 2015
Date of Imposition of Judgment

*[signature]*
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

4/28/2015
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By *[signature]* Nina M. Doyle
Deputy Clerk

DEFENDANT: MAURICE NICHOLSON
CASE NUMBER: 3:08CR00013-012

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date(s) |
|---|---|---|
| 2 | Unlawful Drug Use | 01/13/2015 |

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

The defendant shall reside for a period of 120 days at a Residential Reentry Center (RRC) as directed by the probation officer and shall observe the rules of that facility.